# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 26, 2010

Marilyn Kelly,
Chief Justice

140141

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

        SC: 140141
        COA: 285830
        Wayne CC: 07-015417-FC

JOHNATHAN AARON BROWN,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the October 15, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 26, 2010

_____
Clerk

s0222